IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LANCE LEE JAMES CASPER,

    Plaintiff,

  v.

                            Case No. 18-cv-910-bbc

C.O. HUBNA AND S.T.G. BENGER,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 01/15/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |